# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                           Case No: 6:22-cr-143-RBD-DCI

TIMOTHY PAUL JONES

    Defendant.

_____

## ORDER

This matter comes before the Defendant's unopposed Motion Under 18 U.S.C. § 4241 for Order Committing the Defendant to the Custody of the Attorney General for Hospitalization and Treatment to Determine Competency. Doc. 25 (the Motion). Based on the Defendant's interaction with the Court at the initial appearance in this matter and on the information provided in the Motion and the hearing held on the Motion, the Court finds that there is reasonable cause to believe that the Defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist in his defense.

Accordingly, it is **ORDERED** as follows:

1. The Motion (Doc. 25) is **GRANTED** as follows:

2. The Defendant, Timothy Paul Jones, is hereby committed to the custody of the Attorney General for a period **not to exceed 30 days from the date of this Order** for psychiatric or psychological examination at a suitable facility[1] to determine

---

[1] The statute requires that the psychological or psychiatric examination be conducted in the suitable

        whether he is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense (18 U.S.C. §§ 4241, 4247(b)).

2. At the expiration of the 30-day examination period, the Attorney General shall cause the Defendant to be transported promptly to the Middle District of Florida for a hearing before me pursuant to 18 U.S.C. § 4241(c), unless the date is extended before that deadline pursuant to a motion filed by an Assistant United States Attorney at the request of the director of the medical facility. Extensions shall not exceed 15 days. 18 U.S.C. § 4247(b).

3. The Attorney General shall cause a psychiatric or psychological report prepared by the examiner to be filed with the Court with copies to counsel for the United States and for the Defendant within 15 days after the expiration of the time set forth in paragraph two above. The report shall discuss each of the factors enumerated in 18 U.S.C. § 4247(c)(1), (2), (3) and (4)(A).

4. **On February 22, 2023, at 10:00 a.m. in Courtroom 5C of the United States Courthouse Annex in Orlando, Florida, the Court shall hold a competency hearing pursuant to 18 U.S.C. § 4241(c). The Defendant and counsel shall be present for that hearing.**

5. All other time limits, deadlines, and proceedings are tolled and stayed until the Court resolves the issue of the Defendant's competency. In particular, the undersigned finds that the time related to these competency proceedings is

---

facility closest to the Court, unless impracticable. 18 U.S.C. § 4247(b).

excludable pursuant to 18 U.S.C. §3161(h)(1)(A) (excluding delay resulting from any proceeding, including any examinations, to determine the mental competency or physical capacity of the defendant) and (h)(4) (excluding any period of delay resulting from the fact that the defendant is mentally incompetent to stand trial). Further, the undersigned finds that the delay resulting from these competency proceedings is excludable because the the ends of justice served by taking such action (i.e., excluding time resulting from competency proceedings to determine the Defendant's competency to participate in this criminal prosecution) outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

**ORDERED** in Orlando, Florida on November 8, 2022.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant