# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:22-cr-143-RBD-DCI

TIMOTHY PAUL JONES

_____

## ORDER

Before the Court is U.S. Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 69 ("R&R")) submitting that the Court should find Defendant Timothy Paul Jones mentally competent to proceed to trial. The parties did not object and the time for doing so has passed. The R&R is due to be adopted.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 69) is **ADOPTED, CONFIRMED**, and made a part of this Order in its entirety.

2. The Court **FINDS** Defendant Timothy Paul Jones competent to proceed to trial.

3. This case is set for a status conference on **Thursday, September 14, 2023, at 10:00 a.m.**

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 22, 2023.



ROY B. DALTON, JR.
United States District Judge